```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

**CECIL RAY DRYMON**                                                          **PLAINTIFF**

      v.            Civil No. 11-5167

**ARKANSAS STATE HOSPITAL**                                                   **DEFENDANT**

**O R D E R**

Now on this 23rd day of January, 2012, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #9), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claim is **dismissed**, and the Clerk of Court is directed to flag this case as a "strike" for purposes of **28 U.S.C. § 1915(g)**.

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE